MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
2825 Dewey Rd # 207
San Diego, CA 92106
Ph: 619-758-7743
Email: matt@sdcoastkeeper.org

Marco Gonzalez (SBN 190832)
Livia Borak Beaudin (SBN 259434)
COAST LAW GROUP, LLP
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

Attorneys for Plaintiffs
SAN DIEGO COASTKEEPER and COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>    Plaintiffs,<br>v.<br><br>SUPERIOR READY MIX CONCRETE, L.P., a California Limited Partnership;<br><br>    Defendant. | Civil Case No.: 3:19-cv-00439-DMS-KSC<br><br>**NOTICE OF COMMENCEMENT OF 45-DAY REVIEW PERIOD** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that on July 31, 2019, Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation mailed copies of the proposed Consent Decree, attached hereto as Exhibit A, via U.S. Certified Mail to the Administrator of the U.S. Environmental Protection Agency ("EPA"), and the U.S. Attorney General, Citizen Suit Coordinator, and mailed a copy to the Regional Administrator of EPA Region IX (collectively "the Agencies").

Under the provisions of 40 C.F.R. § 135.5, the Agencies have 45 days from the date of receipt to review a proposed consent decree and to submit comments to the Court and the Parties, if any. Also, Plaintiffs are required to notify the Court upon receiving notice that the agencies have received the Parties' proposed consent decree. *Id*.

The proposed Consent Decree was delivered to the U.S. Department of Justice Citizen Suit Coordinator, on behalf of the Attorney General, and to the Administrator of EPA, on August 5, 2019. The Court may sign and enter the Consent Decree after the 45-day review period has run. *See* 40 C.F.R. § 135.5. Plaintiffs will therefore submit the proposed Consent Decree to the Court for its consideration and entry upon expiration of the 45-day review period, after September 19, 2019.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: August 7, 2019

Respectfully submitted,
SAN DIEGO COASTKEEPER

By: s/Patrick McDonough
Patrick McDonough
Attorney for San Diego Coastkeeper
E-mail: patrick@sdcoastkeeper.org

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the Notice of Commencement with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to Defendant's attorneys of record. I hereby certify that on August 7, 2019, I sent the Notice of Commencement to the following individuals via electronic mail:

Christine W. Ennis
United States Department of Justice
Environment and Natural Resources Division
Law and Policy Section
christine.ennis@usdoj.gov
Attorney for U.S. Department of Justice

Dated: August 7, 2019            SAN DIEGO COASTKEEPER

By: s/Patrick McDonough
Patrick McDonough
Attorney for San Diego Coastkeeper
E-mail: patrick@sdcoastkeeper.org